UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>YIM SUN CHAN,<br><br>                    Defendant. | Case No. MJ 16-428<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the District of Oregon with offenses that carry a presumption of detention. He has failed to overcome that presumption because the Court received insufficient verified information about his ties to the community, residence, financial status, health, and drug and substance abuse history. Additionally, the government proffered he is flight risk because he left the country three years ago and lived in China. The government also argued that defendant is the alleged mastermind of the drug trafficking activities alleged in the complaint. Defendant argued that he is not a flight risk because he retained counsel, voluntarily returned to the United

DETENTION ORDER - 1

1  States and made arrangements to be arrested upon his reentry. Because this case will be resolved

2  in the District of Oregon, the Court enters this order without prejudice.

3       It is therefore **ORDERED**:

4       (1)     Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9       (3)     On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which Defendant is confined

11  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12  connection with a court proceeding; and

13       (4)     The Clerk shall provide copies of this order to all counsel, the United States

14  Marshal, and to the United States Probation and Pretrial Services Officer.

15       DATED this 6th day of October, 2016.

16

17

18
                                             _____
                                             BRIAN A. TSUCHIDA
                                             United States Magistrate Judge

19

20

21

22

23

DETENTION ORDER - 2